No. 3010. SARAS, APPELLANT, *v.* HEIRS OF SARAS, APPELLEES. — District Court of Humacao. Filiation. Decided March 26, 1923. Considering the appellee's motion for dismissal and it appearing that although the appeal was taken on February 8, 1923, and more than 30 days have elapsed without the transcript's being filed in this court, the appellant has moved for and obtained an extension of time therefor and the same not having been shown to be illegal, or objected to in the court below, the motion for dismissal is overruled.

No. 408. AMERICAN RAILROAD Co., PETITIONER, *v.* SECOND DISTRICT COURT OF SAN JUAN.—Certiorari. Decided March 26, 1923. For the reasons stated in *Amy* v. *Aponte* and *García* v. *Fernández,* decided respectively, July 20, 1922, and February 23, 1923, the order reviewed is set aside in so far as it approved the item of attorney's fees.

No. 3016. MUÑOZ, APPELLEE, *v.* GONZÁLEZ ET AL., APPELLANTS. — Second District Court of San Juan. Foreclosure. Decided March 27, 1923. The appellee's motion for dismissal is sustained.

No. 2043. PEOPLE, APPELLEE, *v.* RODRÍGUEZ, APPELLANT.— First District Court of San Juan. Aggravated assault and battery. Decided April 3, 1923.—No. 2045. PEOPLE, APPELLEE, *v.* CANINO, APPELLANT. — First District Court of San Juan. Assault with intention to commit homicide. Decided April 5, 1923. — No. 2046. PEOPLE, APPELLEE, *v.* CRUZ ET AL. (CRUZ, APPELLANT.)—First District Court of San Juan. Adulteration of milk. Decided April 9, 1923. — No. 2047. PEOPLE, APPELLEE, *v.* OSORIO, APPELLANT. — First District Court of San Juan. Aggravated assault and battery. Decided April 9, 1923. The appellants not having filed briefs as required by Rule 42 of the court, the appeals are dismissed.